STATE of Missouri, Respondent,

v.

**Thomas Allen MARTIN, Appellant.**

**No. WD 71714.**

Missouri Court of Appeals,
Western District.

Aug. 30, 2011.

Emmett D. Queener, Columbia, MO, for appellant.

Shaun J. Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, CYNTHIA L. MARTIN, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Thomas A. Martin appeals his conviction for the class B felony of child molestation in the first degree, section 566.067, following a jury trial in the Circuit Court of Cass County. We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.